**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 3:18-cv-714-J-32JBT

$54,540.00 IN UNITED STATES
CURRENCY,

    Defendant.

---

## O R D E R

This case is before the Court on the Motion to Dismiss (Doc. 9). On November 21, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 15) recommending that the motion to dismiss be denied. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 15), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED** as the opinion of the Court.

2. Claimant's Motion to Dismiss (Doc. 9) is **DENIED**. The Court emphasizes that it is only ruling on the Motion to Dismiss and is not deciding the merits of the case.

3. Not later than **January 14, 2019**, Claimant shall answer the Complaint. By that same date, the parties shall jointly file the attached Case Management Report. (See also Doc. 3).

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of December, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record